United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4296

_____

| | | |
|---|---|---|
| William L. Flynt, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| University Hospital of Arkansas, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 7, 1998

Filed: January 12, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

William L. Flynt appeals the district court's[1] order granting defendant's motion to dismiss Flynt's 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude that the district court correctly determined that the applicable three-year statute of limitations barred Flynt's claim arising from events that occurred in 1977 or 1978. See Ketchum v. City of West Memphis, 974 F.2d 81, 82 (8th Cir. 1992)

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

(Arkansas's general personal-injury statute-of-limitations period of three years applies to § 1983 claims). Accordingly, the judgment is affirmed. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.